IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD E. CRAYTON,

    Plaintiff,

v.

UNITES STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-552-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that petitioners Richard E. Crayton's motion for post conviction relief under U.S.C.§ 2255 is DENIED.

_____    _____
Peter Oppeneer, Clerk of Court            Date

9/27/13