```
                                        DOC NO
                                        REC'D/FILED

                                        2013 NOV -8 AM 9:41

                                        PETER OPPENEER
IN THE UNITED STATES DISTRICT COURT FOR THE
        WESTERN DISTRICT OF WISCONSIN   CLERK US DIST COURT
                MADISON DIVISION             WD OF WI
```

RICHARD E. CRAYTON,                )
                MOVANT,            )
                                   )
v.                                 ) CIVIL No. 13-CV-552
                                   ) CRIMINAL No. 10-CR-12
                                   )
UNITED STATES OF AMERICA,          )
                RESPONDENT.        )

---

## NOTICE OF APPEAL

---

COMES NOW Movant Richard E. Crayton (hereinafter referred to as "Movant"), pro se, to enter this Notice of Appeal, and states as follows:

1. This Court entered its' Opinion and Order denying Movant's Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 on September 23rd, 2013.

2. Movant wishes to appeal the denial of such.

WHEREFORE Movant prays for this Court to accept his Notice of Appeal, and for any such other relief as this Court may deem to be proper and just.

Respectfully submitted,

November 4th, 2013

*Richard E. Crayton*
RICHARD E. CRAYTON
Movant, pro se
Register No. 06994-090
FCI Oakdale
Post Office Box 5000
Oakdale, LA 71463-5000

CERTIFICATE OF SERVICE
It is hereby certified that a true and correct
copy of the foregoing was sent via U.S. Mail,
postage prepaid, this 4th day of November, 2013, to:

Clerk of the United States District Court
Western District of Wisconsin
United States Courthouse ---> Sent via Certified Mail No. 7011 2970 0003 7452 4163
120 North Henry Street, Room 320
Madison, WI 53703-2559

U.S. Department of Justice
United States Attorney's Office
Western District of Wisconsin
660 West Washington Avenue, Suite 303
Madison, WI 53703-4703
Respondent

*Richard E. Crayton*
Movant, pro se

2.